BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

AMY MATCHISON (CABN 217022)
Trial Attorney
Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422
Fax: (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GOURMET COFFEE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:26-cv-08645<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Pursuant to Civil L.R. 6-2, the United States of America and Plaintiff Gourmet Coffee Solutions, through undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for an extension of time in which the United States may respond to Plaintiff's Complaint, and to continue the Initial Case Management Conference, and all corresponding deadlines in the Order Setting Initial Case Management Conference:

1. Plaintiffs filed their Complaint on August 19, 2026. (ECF No. 1).

2. On August 20, 2026, the Court issued an Order Setting Initial Case Management Conference (ECF No. 5) and set the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, and discovery plan | October 29, 2026 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | November 12, 2026 |
| Initial Case Management Conference | November 19, 2026, at 10:00am |

3. The United States was served with the Complaint on August 24, 2026. Its response to the Complaint is due October 23, 2026.

4. The United States seeks an extension of time to respond to the Complaint, giving it until November 7, 2026. The additional time sought will allow counsel for the United States to obtain administrative material from the Internal Revenue Service, as well as obtain its final views on this matter. This information is necessary for the United States to adequately defend its interests in this matter. This extension of time is not sought for purposes of delay, but to allow the United States to prepare a cogent and accurate response that advances this litigation.

5. Because allowing the United States additional time to respond to the Complaint will create a conflict with the Initial Case Management Conference and related deadlines, the parties also seek to continue those dates.

6. This is the parties' first stipulation to amend the Order Setting Initial Case Management Conference.



**U.S. DEPARTMENT OF JUSTICE**
Tax Litigation Branch, Civil Division
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6422

Dated this 16th day of October, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice

*Counsel for the United States*

Dated this 16th day of October, 2026.

HOUSH TAX LAW PC

*/s/ Chris Housh*
CHRISTOPHER P. HOUSH
11760 San Pablo Avenue, #203
El Cerrito, California 94530
Telephone: (510) 593-9069
Email: housh.tax.law@gmail.com

*Attorneys for Plaintiff*

# ORDER

The STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES is approved and the United States shall have until November 7, 2026, to file its response to Plaintiff's Complaint and the Order Setting Initial Case Management Conference for this case is amended to continue the Initial Case Management Conference and all corresponding deadlines. Specifically:

| EVENT | DEADLINE |
|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, and discovery plan | December 14, 2026 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | December 28, 2026 |
| Initial Case Management Conference | January 7, 2027, at 10:00am |

**IT IS SO ORDERED**.

Dated this 19th day of October, 2026

THE HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE



**U.S. DEPARTMENT OF JUSTICE**
Tax Litigation Branch, Civil Division
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6422